IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRANDON FREEMAN,**<br>**BOP Reg. # 12326-003,**<br>    Movant,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br>    Respondent. | )<br>)<br>) **CIVIL ACTION NO. 1:21-349-WS-N**<br>)<br>)<br>) **CRIMINAL ACTION NO. 1:11-303-WS-N-1**<br>)<br>) |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 39) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(R), and dated August 19, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Brandon Freeman's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 dated July 25, 2021 (Doc. 38) be **DISMISSED without prejudice** for lack of subject matter jurisdiction. The Court also finds that Freeman is not entitled to appeal *in forma pauperis*. Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the 14th day of September 2021.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**